IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MATTHEW McBRIDE, Individually and as
Class Representative on Behalf of all Similarly
Situated Persons                                                                    PLAINTIFF(S)

V.                                           Civil No. 07-4040

GODADDY.COM, INC. and
THE GO DADDY GROUP, INC.                                                 DEFENDANT(S)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify that I am the plaintiff or the attorney of record for the plaintiff in the above cause, and that defendant __GoDaddy.com, Inc.__ was served by one of the following
                              (name)
methods:

_____   A private server or the U.S. Marshal/Sheriff on _____
                                                                                  (date)

__X__   Registered or certified mail on __4-30-07__
                                                                (date return receipt signed by addressee)

_____   Warning Order

_____   Waiver of Service of Summons on _____
                                                                          (Date request was mailed to deft)

_____   Other _____
                              (Please specify)

I further certify that the basis of personal jurisdiction over this nonresident defendant is the following section of the Arkansas Long-Arm Statute (27-2502):

__N/A__
(If not applicable, so indicate)

I further certify that the legal authority for serving __Registered Agent: Barb Rechterman__
                                                                                                          (Name)
as an agent of the defendant is __FRCP 4(e)(1) and (2), and (h)(1); and ArkRCP 4__
                                                (If not applicable, so indicate)

I further certify that the defendant has failed to serve a responsive pleading or motion to dismiss; no extension has been granted or any extension has expired; the defendant is neither an infant nor an incompetent person nor in the active military service.

The clerk is requested to enter a default against said defendant.

Date: __6/13/07__                                      _____
                                                                    Plaintiff or Attorney for Plaintiff

                                                                    _____
                                                                    Address

                                                                    _____
                                                                    Telephone