IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BARRY CRABB and                                                                                    PLAINTIFFS
MATTHEW McBRIDE,
Individually and as Class
Representatives on Behalf of
All Similarly Situated Persons

VS.                                            CASE NO. 4:07-CV-4040

GODADDY.COM, INC. and
THE GO DADDY GROUP, INC.                                                                           DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss or For Transfer of Venue, filed on behalf of Defendants GoDaddy.com, Inc. and The Go Daddy Group, Inc. (Doc. 41). In response to the motion, Plaintiffs filed an Unopposed Motion for Leave to File Amended Complaint, (Doc. 51) which the Court granted on January 2, 2008. (Doc. 52). Thereafter, Plaintiffs filed a First Amended Class Action Complaint, (Doc. 53) and Defendants responded with a Motion to Dismiss Plaintiffs' First Amended Complaint or For Transfer of Venue. (Doc. 58). The result is that Defendants' original Motion to Dismiss or For Transfer of Venue (Doc. 41) should be and hereby is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 30th day of September, 2008.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge